## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                      Case No.  13-10959-JDW

**CHARLES L. BOGARD,**

          **Debtors.**                                      **Chapter 7**

_____/

## ORDER VACATING ORDER ON OBJECTION TO CLAIM (DOC. 56)

This matter is before the Court *sua sponte.* An Order on the Debtor's Objection to Claim of JPMorgan Chase Bank, N.A., was inadvertently entered through administrative error on August 15, 2013 (Doc. 56). Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that he Order on the Debtor's Objection to Claim of JPMorgan Chase Bank, N.A. (Doc. 56) is **VACATED.**

SO ORDERED on August 16, 2013.

Jason D. Woodard
United States Bankruptcy Judge