UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                           Case No. 13-10959-JDW

**CHARLES L. BOGARD,**

Debtors.                                       Chapter 7

_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY JPMORGAN CHASE BANK, N.A. (DOC. 51)

This matter is before the Court on the Debtor's Objection to Claim of JPMorgan Chase Bank, N.A., filed on June 28, 2013 (the "Objection")(Doc. 51). The Objection was set for hearing on August 27, 2013, with a deadline of August 9, 2013, for the filing of any response to the Objection. No response has been filed. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that

1. The Objection is **SUSTAINED**.

2. JPMorgan Chase Bank, N.A. is directed to amend its proof of claim within 30 days of the date of this Order.

3. If JPMorgan Chase Bank, N.A., does not amend its proof of claim within 30 days, its allowed claim in this case shall be as set forth in the Debtor's Chapter 13 Plan, filed on March 26, 2013 (Doc. 10).

SO ORDERED on August 16, 2013.

Jason D. Woodard
United States Bankruptcy Judge