## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI

**In re:**
**MICHAEL BOGAN**                                                                                          **CHAPTER 13**
    Debtor                                                                                        **CASE NO. 13-10990-JDW**

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #22]

**CAME BEFORE THIS COURT** on Objection of Wells Fargo Bank, NA ("Movant") to the Chapter 13 Plan, and the Court being fully advised in the premises and based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. That Movant holds a secured claim against Debtor.

2. That the parties have agreed to amend the proposed payment of arrears from $20,313.00 to $22,877.78.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the proposed payment of arrears which Movant has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $20,313.00 to $22,877.78.

**IT IS FURTHER ORDERED AND ADJUDGED** that any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

This the _____ day of May, 2013.

_____
BANKRUPTCY COURT JUDGE

AGREED AND APPROVED
AS TO FORM

_____
Charles Frank Fair Barbour
Attorney for Movant

_____
Kenneth Mayfield
Attorney for Debtor

_____
Terre M. Vardaman
Chapter 13 Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467